# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
### U.S. District Court for the District of New Jersey

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 2:24–mj–08158–JSA

                                                Magistrate Judge Jessica S. Allen

MAKSIM SILNIKAU

                Defendant.

## ORDER

    Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, and as set forth on the record during the initial appearance of the defendant on 8/12/24, in the presence of both the prosecutor and defense counsel in this matter, the Court confirms the United States' continuing obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, the Court's order to produce information, the granting of a continuance, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

                                                            s/ Magistrate Judge Jessica S. Allen

                                                                   United States Magistrate Judge